**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**


RE:   Docket Numbers - **2023 CA 1347**


Bayview Loan Servicing, LLC, A Delaware Limited Liability
Company

versus

Ronald W. Holden and Susan Reed Holden

21st Judicial District Court
Livingston Parish Case No.: 136622


*Consolidated with*


**2023 CA 1348**
Bayview Loan Servicing, LLC
versus
Ronald W. Holden and Susan Reed Holden


On Application for Rehearing filed on   06/28/2420 by

Rehearing _____ Denied _____


_____
Jewel E."Duke" Welch Jr.

_____
Elizabeth   Wolfe

_____
Katherine Tess Stromberg


Date  JUL 1 6 2024
_____

_____
Rodd Naquin, Clerk